UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTDOOR PRO SHOP, INC., <br><br> Plaintiff, <br><br> v. <br><br> OUTDOOR PRO-SHOP LLC, <br><br> Defendant. | Case:  3:16-cv-00345-LB <br><br> ~~Proposed~~ ORDER RE: <br> STIPULATED DISMISSAL |

## ORDER

The Agreed Motion to between Plaintiff Outdoor Pro Shop, Inc. and Defendant Outdoor Pro-Shop, LLC to dismiss the action with each party bearing its own fees and costs is GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that all the action is dismiss with prejudice with each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated: August 19, 2016

_____
Laurel Beeler
Magistrate Judge

(~~PROPOSED~~) ORDER RE:  AGREED MOTION TO STAY